UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
11 AUG 24 AM 9:08
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PASQUAL FONSECA-CORTEZ (1),

        Defendant.

CASE NO. 91CR0489-H

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

18 USC 3146

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/12/2011

_____
IRMA E. GONZALEZ
CHIEF UNITED STATES DISTRICT JUDGE